# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

Video Initial Appearance
Video Arraignment

| | |
|---|---|
| MAGISTRATE JUDGE: Candy W. Dale | DATE: December 17, 2019 |
| DEPUTY CLERK: Amy T/Sunny T | TIME: 11:34 – 11:45 a.m. (MT) |
| ESR: Sunny T | Coeur d' Alene to Boise, ID (recorded in Boise) |

### UNITED STATES OF AMERICA vs. COLTON DUNE TURNER
1:19-cr-406-DCN

Counsel for:  United States (AUSA): Justin Whatcott
              Defendant: Debra Groberg, retained counsel
              Probation: LaQuisha Pierre-Louis

Defendant waived personal appearance.
Defendant appears on a warrant.
Constitutional Rights advised.
Maximum Penalties Provided.
Defendant sworn.
(X)  Indictment    ( ) Information    ( ) Complaint
    (X) Copy furnished to defendant/understands the charges and maximum penalties
    ( ) Read by Clerk    (X) Waived Reading ( ) Read by Interpreter

PLEA: NOT GUILTY

Parties made elections and Procedural Order entered. Jury Trial is set for February 18, 2020 at 1:30 p.m. before Judge David C. Nye in Boise, Idaho. Telephone readiness conference set for February 4, 2020 at 4:00 p.m. with the Government to initiate the call.

Defendant advised of rights to a detention hearing and defendant requested a hearing.

**Detention Hearing set for December 20, 2019 at 9:00 a.m. before Judge Candy W. Dale.**

Order of Temporary Detention entered.

Counsel to retain a copy of the Pretrial Services report.

Defendant remanded to the custody of the USMS.