# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA

v.

COLTON DUNE TURNER

*WARRANT FOR ARREST*

1:19-CR-406-DCN

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **COLTON DUNE TURNER** and bring

forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed

violation.

18 U.S.C. § 2251(a),(e) – Sexual Exploitation of Children
18 U.S.C. § 2252A(a)(1),(b)(1), 2256(8)(A) – Transportation of Child Pornography
18 U.S.C. § 2252A(a)(2)(A),(b)(1), 2256(8)(A) – Distribution of Child Pornography
18 U.S.C. § 2252A(a)(5)(B),(b)(2), 2256(8)(A) – Possession of Child Pornography
18 U.S.C. § 2252A(a)(5)(B),(b)(2), 2252(b)(2) – Possession of Child Pornography

**United States Courts**
**District of Idaho**
**ISSUED**
anniewilliams
on Dec 11, 2019 12:29 pm

Annie Williams, Deputy Clerk

Name and Title of Issuing Officer

December 11, 2019

Date

---

## RETURN

---

This warrant was received __12-11-19__ and executed with the arrest of the above-name
individual at _____.

Subject taken into custody from Canyon County via detainer filed by USMS

_____
Signature of Arresting Officer

__12-13-19__
Date of Arrest

---

_____
Name & Title of Arresting Officer