AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

UNITED STATES OF AMERICA

v.

__Colton Dune Turner__
_Defendant_

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: CR 19-406-S-DCN

Upon motion of the __Defendant/U.S. Attorney__, it is ORDERED that a detention hearing is set for __12/20/19__ * at __9:00 AM__
_Date_ _Time_

before __United States Magistrate Judge Candy W. Dale__
_Name of Judicial Officer_

__Boise, Idaho__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by the United States Marshal (_____

_____) and produced for the hearing.
_Other Custodial Official_

Date: __Dec 17, 2019__    _____
Candy W. Dale, United States Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).
  A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.