UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

( X ) Detention Hearing

MAGISTRATE JUDGE: Candy Wagahoff Dale     DATE: 12/20/19
DEPUTY CLERK/ESR: Amy Tate     TIME: 9:12-10:17 AM

<u>UNITED STATES OF AMERICA vs. Colton Dune Turner</u>
Case No. 1:19-cr-00406-DCN
Counsel for:    United States (AUSA): Justin Whatcott
               Defendant: Debra Groberg, retained
               Probation: LaQuisha Pierre-Louis

   ( X ) <u>DETENTION HEARING</u>

<u>WITNESSES</u>:
(  ) Government
( X ) Defendant
     1. Steven Turner
<u>EXHIBITS</u>:     (  ) Government
                (  ) Defendant

Court noted Defendant's Materials for Consideration at Detention Hearing, Dkt. 8, and Government's Memorandum in Support of Pretrial Detention, Dkt. 11 & 12, were reviewed prior to hearing.

( X ) <u>Order</u>:  Following oral argument by both parties, the Court ordered the Defendant detained. Government's Motion for Detention, Dkt. 4, is hereby GRANTED.  Detention Order entered.

Defendant's Materials for Consideration at Detention Hearing, Dkt. 8, shall remain under seal per the request of defense counsel.  Oral ruling as stated on the record.

Defendant's Motion (Dkt. 15) to Seal Dkt. 11, is taken UNDER ADVISEMENT.  Order forthcoming.