Scott McKay (ISB#4309)
Debra Groberg (ISB#9797)
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
smckay@nbmlaw.com
dgroberg@nbmlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:19-cr-406-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S NOTICE OF INTENT** |
| | ) | **TO SEEK DOWNWARD DEPARTURE** |
| COLTON DUNE TURNER, | ) | **OR VARIANCE FROM GUIDELINE** |
| | ) | **SENTENCING RANGE** |
| Defendants. | ) | |
| _____ | ) | |

Defendant Colton Dune Turner, through his attorneys and pursuant to Section VI(B)(6) of the Rule 11 Plea Agreement (Dkt. No. 38), hereby gives notice to the Court and Government that he intends to seek a downward departure from the advisory sentencing guidelines pursuant to U.S.S.G. §§5H1.1, 5H1.3, 5H1.4, 5H1.6, 5H1.11, and 5K2.0 and a variance from those guidelines pursuant to 18 U.S.C. §3553(b) to the statutory minimum of five (5) years incarceration.

The basis and reasons for the departure/variance are: (1) Mr. Turner's extraordinarily young age; (2) Mr. Turner's extraordinary risk of physical, mental, and emotional harm during incarceration due to his young age; (3) Mr. Turner's extraordinary ability to be rehabilitated

generally and due to his age; (4) the extraordinary and disproportionate negative affect a lengthy period of incarceration will have on Mr. Turner's rehabilitation due to his age; (5) the fact that this is Mr. Turner's first offense and a deviation from his otherwise law abiding lifestyle; (6) Mr. Turner's extraordinary acceptance of responsibility including his cooperation with the government; (7) Mr. Turner's extraordinary family and community ties; (8) the extraordinarily disproportionate and inequitable impact application of U.S.S.G. § 2G2.2(b)(7) has on Defendants generally and Mr. Turner specifically, which undermines the sentencing goals of 18 U.S.C. § 3553(a); and (9) consideration of the factors set forth in 18 U.S.C. 3553(a) – (c), including the aforementioned factors and any combination of such factors.

Mr. Turner's request for a departure or variance is supported by the information reflected in the presentence report, the forthcoming psychosexual evaluation and opinions of such evaluator, various letters which will be submitted to the Court on behalf of Mr. Turner in advance of sentencing, and by a sentencing memorandum which counsel for Mr. Turner anticipates filing at least one week prior to the date presently set for sentencing consistent with the U.S. District Court's General Order No. 377 and the minutes entered in this action on April 13, 2021 (Dkt. No. 43).

DATED this 17th day of August, 2021.

NEVIN, BENJAMIN & McKAY LLP

 /s/ Debra Groberg
Debra Groberg

## CERTIFICATE OF SERVICE

       I hereby certify that on the 17th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Kassandra McGrady
    United States Attorney's Office
    Kassandra.McGrady@usdoj.gov

                                       /s/Debra Groberg
                                       Debra Groberg